FILED: April 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4107

(3:12-cr-00239-GCM-DCK-24)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DENETRIA MYLES

  Defendant - Appellant

_____

O R D E R

_____

The court relieves court-appointed counsel, Michael Archenbronn, from the obligation of further legal representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk